UNITED STATES DISCRIT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JESUS GONZALEZ,

    Plaintiff,

v.                                                                Case No.  4:25-cv-100

JACKSON COUNTY ROAD AND BRIDGE,

    Defendant.

_____/

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§1331, 1441(b) and 1446, Defendant, Jackson County Road and Bridge ("Jackson County") or ("Defendant"), hereby gives notice of the removal of this action from the Circuit Court of the Fourteenth Judicial Circuit in and for Jackson County, Florida, to the United States District Court for the Northern District of Florida, Tallahassee Division. In support of removal, Defendant states:

1.    Plaintiff Jesus Gonzalez initially filed this action against Defendant in the Circuit Court of the Fourteenth Judicial Circuit in and for Jackson County, Florida, Case Number 2024 CA 00213 ("State Court Action"), on December 27, 2024. Defendant was served with the Complaint on February 13, 2025.

2.     Defendant seeks removal of this case based on federal question jurisdiction. This Court has jurisdiction over this action as the Court has original jurisdiction founded on claims arising under the laws of the United States. Plaintiff has brought claims against Defendant alleging race discrimination in violation of 42 U.S.C. §1981.

3.     Defendant filed this Notice of Removal within thirty (30) days of receipt of Plaintiff's Complaint in the State Court Action, and within one year of the commencement of this action. 28 U.S.C. § 1446(b).

4.     The state court in which this action was commenced is within this Court's District. Therefore, this action is properly removable to this Court pursuant to 28 U.S.C. §1441(b).

5.     In accordance with 28 U.S.C. § 1446(a) and N.D. Fla. Loc. R. 7.2(A), Defendant will submit true and correct copies of all process, pleadings, motions, and orders from the Circuit Court of the Fourteenth Judicial Circuit in and for Jackson County, Florida, and served upon Defendant, upon receipt of same from the State Court.

7.     Pursuant to 28 U.S.C. §1441(d), counsel certifies that a copy of this Notice of Removal will be served promptly on Plaintiff and will be timely filed

with the Clerk of the Fourteenth Judicial Circuit in and for Jackson County, Florida.

WHEREFORE, Defendant Jackson County Road and Bridge respectfully requests this Court assume jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1441.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Removal has been served this 5th day of March, 2025, via PACER to Thomas L. Dickens, III, Esquire, thomas.dickens@mattoxlaw.com, and Marie A. Mattox, Esquire, marie@mattoxlaw.com, Marie A. Mattox, P.A.

MCCONNAUGHHAY, COONROD,
WEAVER & STERN, P.A.

David R. Terry
Florida Bar No. 356859
E-Mail:
dterry@mcconnaughhay.com
101 N. Monroe St., Suite 1000
Tallahassee, FL 32301
Phone: (850) 222-8121
Fax: (850) 222-4359
Attorney for Defendant Jackson
County Board of County
Commissioners/Jackson County
Road and Bridge